Ross Cornell, Esq., APC (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Matthew Verdiglione

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Matthew Verdiglione,

        Plaintiff,

        v.

Z Properties, LLC, et al.

        Defendants.

Case Number:
8:18-cv-02251-DOC (DFMx

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** [14]

–1–

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff MATTHEW VERDIGLIONE and Defendants Z PROPERTIES, LLC and PROFORMA GRAPHICS PRINTSOURCE hereby stipulate as follows:

1.     Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2.     The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 8, 2019              By:  _/s/ Ross Cornell_
                                          Ross Cornell, Esq.,
                                          Attorneys for Plaintiff,
                                          MATTHEW VERDIGLIONE

Dated:  February 8, 2019              By:  _/s/ Stephen E. Abraham_
                                          Stephen E. Abraham, Esq.,
                                          Attorneys for Defendants,
                                          Z PROPERTIES, LLC and
                                          PROFORMA GRAPHICS
                                          PRINTSOURCE

**SO ORDERED.**

Dated:  February 8, 2019              _____
                                      DAVID O. CARTER
                                      U.S. District Judge

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**